```
                      UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW HAMPSHIRE
```

Michele Nice

    v.                                             Case No. 22-cv-369-SE

US Social Security Administration,
Commissioner


ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 19, 2023, for the reasons set forth therein.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk shall enter judgment and close the case.

**So Ordered.**

                                               /s/ SD Elliott
                                          _____
                                          Samantha D. Elliott
                                          United States District Judge

Date: February 21, 2023

cc:   Michele Nice, pro se